

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2016

No. 04-16-00250-CV

**IN THE ESTATE OF ALVILDA MAE AGUILAR, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellee has filed a motion to dismiss this appeal for lack of jurisdiction on the ground that the trial court's January 27, 2016 order is not appealable. *See In re Scott*, 364 S.W.3d 926 (Tex. App.—Dallas 2012, no pet.); *Bozeman v. Kornblit*, 232 S.W.3d 261 (Tex. App.—Houston [1st Dist.] 2007, no pet.).

We **order** appellants Tony Aguilar and Michael Aguilar to show cause not later than **June 13, 2016**, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellants do not show cause as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are suspended pending further order of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court